1

2

3

4                     UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
5                              AT SEATTLE

6   GREGORY REQUA,

7                        Plaintiff(s),
                                                    NO. C07-759MJP
8          v.
                                                    MINUTE ORDER
9   KENT SCHOOL DISTRICT No. 415, et al.,

10                       Defendant(s).

11

12

13         The following minute order is made by the direction of the court, the Honorable Marsha J.

14  Pechman:

15         A hearing on Plaintiff's motion for a Temporary Restraining Order (Dkt. No. 1) will be held:

16         **Monday, May 21, 1:30 p.m., Judge Pechman's Courtroom (Room 14206)**

17  Each side will be permitted 20 minutes total time for oral argument.

18

19         Filed this 18th day of May, 2007.

20                                                  BRUCE RIFKIN, Clerk

21
                                                    By     /s Mary Duett
22                                                         Deputy Clerk

23

24

25

26  MINUTE ORDER