07-CV-00759-DECL

FILED ____ ENTERED
LODGED ____ RECEIVED

MAY 23 2007    DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| GREGORY REQUA, ADULT STUDENT<br>Plaintiff/Petitioner | Cause #: C07 0759 MJP |
| vs.<br>KENT SCHOOL DISTRICT NO. 415;<br>ET AL.,<br>Defendant/Respondent | Declaration of Service of:<br>COMPLAINT AND MOTION FOR TEMPORARY RESTRAINING ORDER; MEMORANDUM IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER; DECLARATION OF GREGORY REQUA IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER; SUMMONS IN A CIVIL ACTION |
| | Hearing Date: |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of May 18 2007 1:20PM at the address of 12033 SE 256TH ST A-100 KENT, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon KENT SCHOOL DISCTRICT NO. 415 by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with COLLEEN KEELY, LEGAL ASSISTANT A white female approx. 30-35 years of age 5'6"-5'8" in height weighing 140-160 lbs with brown hair.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: May 22, 2007 at Seattle, WA

by _____
    J. Seeley

Service Fee Total: $ 89.30

ABC Legal Services, Inc.
206 521-9000
Tracking #: 2990686

**ORIGINAL**
**PROOF OF SERVICE**

Page 1 of 1

COHEN, JEANETTE A
17826 1st Ave NW
SHORELINE, WA   98177-3405
206 542-7234

Dockets.Justia.com