07-CV-00759-DECL



FILED    ENTERED
LODGED    RECEIVED

MAY 30 2007   DB

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                            DEPUTY

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| GREGORY REQUA, ADULT STUDENT<br>               Plaintiff/Petitioner | Cause #:    C07 0759<br>            MJP |
| VS.<br>KENT SCHOOL DISTRICT NO. 415;<br>ET AL.,<br>             Defendant/Respondent | Declaration of Service of:<br>SUMMONS AND COMPLAINT AND MOTION FOR TEMPORARY RESTRAINING ORDER; MEMORANDUM IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER; DECLARATION OF GREGORY REQUA IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER; |
| | Hearing Date: |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of May 23 2007 3:48PM at the address of 12430 SE 208TH ST KENT, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon MICHAEL ALBRECHT, PRINCIPAL by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with MICHAEL ALBRECHT 45-55 YOA, 175# 5'11" C/M BLONDE/RED HAIR.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: May 25, 2007 at Seattle, WA

by _____
     T. Hermansen    0561574

Service Fee Total: $ 126.40

ABC Legal Services, Inc.
206 521-9000
Tracking #: 2990688

**ORIGINAL
PROOF OF SERVICE**

Page 1 of 1

COHEN, JEANETTE A
17826 1st Ave NW
SHORELINE, WA   98177-3405
206 542-7234