Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY REQUA, ADULT STUDENT | ) Case No.: C07-0759 MSP |
| Plaintiff, | ) |
| vs. | ) NOTICE OF APPEARANCE |
| KENT SCHOOL DISTRICT No. 415; BARBARA GROHE, SUPERINTENDENT; AND MICHAEL ALBRECT, PRINCIPAL | ) |
| Defendants | ) |

TO: Plaintiff Above Named, through Counsel Jeannette Cohen

        PLEASE TAKE NOTICE that the Kent School District, Barbara Grohe, and Michael Albrecht, defendants in the above referenced action, without waiving objection to improper service or jurisdiction, hereby appear through the undersigned attorney, Charles W. Lind.  You are requested to serve all papers and pleadings in said cause upon the undersigned attorney for said defendants at the office below stated.

DATED this 7th Day of June, 2007

By _____
        Charles W. Lind, WSBA No. 19974

NOTICE OF APPEARANCE (C07-0759MSP) - 1

Kent School District
General Counsel's Office
12033 S.E. 256th Street
Kent, Washington  98030
253-373-7842
FAX 253-373-7202

Dockets.Justia.

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2007, I electronically filed the foregoing Notice of

Appearance with the Clerk of the Court using the CM/ECF system which will send notification

of such filing to the following:

Jeannette A. Cohen  jeannette@isomedia.com

I hereby further certify that on this date I likewise served a copy of the foregoing via U.S. mail,

postage prepaid, upon Counsel Jeannette A. Cohen at the following address:  17826 1st Avenue

N.W., Shoreline, Washington, 98177-3405.

Colleen Kelly
Legal Assistant

NOTICE OF APPEARANCE (CO7-0759MSP) - 2

Kent School District
General Counsel's Office
12033 S.E. 256th Street
Kent, Washington  98030
253-373-7842
FAX 253-373-7202