Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| GREGORY REQUA, ADULT STUDENT<br>PLAINTIFF,<br><br>vs.<br><br>KENT SCHOOL DISTRICT No. 415;<br>BARBARA GROHE, SUPERINTENDENT;<br>AND MICHAEL ALBRECHT, PRINCIPAL<br>DEFENDANTS | Case No.: C07-0759 MSP<br><br>NOTICE OF STIPULATED DISMISSAL |

**NOTICE OF STIPULATED DISMISSAL**

PLAINTIFFS in the above entitled action hereby withdraw all their claims. DEFENDANTS hereby join the PLAINTIFFS in this notice of dismissal of all claims, thereby dismissing this action pursuant to Federal Rules of Civil Procedure 41(a)(1).

This Stipulated Notice is respectfully submitted by both PLAINTIFFS and DEFENDANTS on this 26th day of June, 2007.

Notice of Stipulated Dismissal - 1

Jeannette A. Cohen M.Ed.J.D.
Attorney at Law
17826 1st Avenue NW
Shoreline, Washington 98177
206-542-7234

1  /s/ Jeannette A. Cohen_____
   Jeannette A. Cohen M.Ed. J.D.
2  WSBA #33052
   Attorney for Plaintiffs
3

4
   /s/ Charles W. Lind_____
5  Charles W. Lind
   WSBA #19974
6  Attorney for Defendants

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
   Notice of Stipulated Dismissal - 2                          Jeannette A. Cohen M.Ed.J.D.
                                                                           Attorney at Law
                                                                       17826 1st Avenue NW
                                                                  Shoreline, Washington 98177
                                                                              206-542-7234

CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2007, I electronically filed with the Clerk of the Federal Court of the Western District of Washington using the CM/ECF system the foregoing Stipulated Notice of Dismissal which will send notice to the COURT and all parties of record.

/s/ Jeannette A. Cohen
Jeannette A. Cohen M.Ed. J.D.
Attorney at Law
WSBA # 33052
17826 1st Avenue NW
Shoreline, Washington 98177
206-542-7234

Notice of Stipulated Dismissal - 3

Jeannette A. Cohen M.Ed.J.D.
Attorney at Law
17826 1st Avenue NW
Shoreline, Washington 98177
206-542-7234